7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Orville D Collins and Shelia J Collins
*Debtor*

**United States Trustee**
  Plaintiff(s)

v.

**Orville D Collins**
**Shelia J Collins**
  Defendant(s)

*Bankruptcy Case No.*
12−61686−abf7

*Adversary Case No.*
13−06061−abf

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That Judgment by Default is hereby entered in favor of the Plaintiff, the United States Trustee, and against the Defendants, Orville D. and Shelia J. Collins. The Discharge of Defendants/Debtors Orville D. and Shelia J. Collins is hereby REVOKED. The parties shall bear their own costs.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
  Deputy Clerk



Date of issuance: 1/27/14

Court to serve